UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

-V-

ARLOS JIMENEZ                               CASE NO. 6:06-CR-183-ORL-22JGG

_____/

### **ACCEPTANCE OF PLEA OF GUILTY AND ADJUDICATION OF GUILT**

Pursuant to the Report and Recommendation (Doc. 21) of the United States Magistrate Judge, to which the Defendant and the Government have filed Notices of No Objection (Docs. 22 and 23), the plea of guilty of the defendant to Count One of the Information is now accepted and the defendant is adjudged guilty of such offense. A sentencing hearing has been scheduled for January 8, 2007, under separate notice.

**DONE** and **ORDERED** at Orlando, Florida, on October 29, 2006.

*[signature]*
ANNE C. CONWAY
United States District Judge

Copies to:
U. S. Magistrate Judge Glazebrook
Counsel of Record
U. S. Probation Office